CAPITAL HEAT, INC., Respondent, v GERALD A. BUCHHEIT, JR., Appellant. (Appeal No. 2.) [847 NYS2d 507]—Appeal from an amended order and judgment (one paper) of the Supreme Court, Erie County (Christopher J. Burns, J.), entered June 13, 2006. The amended order and judgment, following a nonjury trial, awarded plaintiff the sum of $9,540 plus interest and costs against defendant.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Kolasz v Levitt*, 63 AD2d 777, 779 [1978]). Present—Gorski, J.P., Martoche, Lunn, Fahey and Pine, JJ.